# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>AUDREY KING, et al.,<br><br>  Defendants. | **Case No. 1:14-cv-01002-MJS (PC)**<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE, and (2) EXTENDING TIME TO FILE AMENDED PLEADING**<br><br>**(ECF Nos. 8 & 12)**<br><br>**AMENDED PLEADING DUE IN THIRTY DAYS** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint was dismissed for failure to state a claim. Plaintiff was granted leave to file an amended complaint by not later than August 18, 2014.

The August 18, 2014 deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so. On September 2, 2014, Plaintiff was ordered to either show cause why the action should not be dismissed for failure to comply with the Court's order and failure to prosecute, or file an amended complaint. On September 10, 2014, Plaintiff responded, alleging the amended pleading he deposited in institutional mail on August 17, 2014 was not delivered to the Court for reasons

unknown.

Accordingly, based upon the foregoing and for good cause shown, it is HEREBY ORDERED that:

1. The September 2, 2014 order to show cause (ECF No. 11) is DISCHARGED,
2. Within thirty (30) days of service of this Order, Plaintiff shall file an amended complaint, and
3. If Plaintiff fails to file an amended complaint by the above deadline, the action will be dismissed, with prejudice.

IT IS SO ORDERED.

Dated: September 11, 2014        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE